**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-7053**

───────────────

AVERY LEDYARD LEE, JR.,

Plaintiff - Appellant,

versus

BOYD BENNETT, Director of Prisons at North
Carolina Department of Corrections; ROY
COOPER, Honorable, North Carolina Department
of Justice; MICHAEL F. EASLEY, Governor; GARY
MILLER, Superintendent; E. R. HARRIS, Program
Supervisor/Unit Manager; SAMMY JACKSON,
Correctional Officer, Southern Correctional
Institution; FRANCIS GREEN, Case Analyst/Case
Manager/Program Assistant at Southern
Correctional Institution,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-03-423-5-H)

───────────────

Submitted: August 28, 2003        Decided: September 10, 2003

───────────────

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Avery Ledyard Lee, Jr., Appellant Pro Se.

―――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Avery Ledyard Lee, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Lee v. Bennett, No. CA-03-423-5-H (E.D.N.C. June 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2